TREDEGAR CO. v. PRITCHARD. (Circuit Court of Appeals, Fourth Circuit. July 13, 1909.) No. 914. On petition for a writ of mandamus requiring

the allowance of an appeal from a decree entered in the Circuit Court of the United States for the Eastern District of Virginia on March 13, 1908, in case of the. Seaboard Air Line Ry. Co. v. Continental Trust Co. Wyndham R. Meredith, for petitioner.

PER CURIAM. Petition for mandamus dismissed, on motion of petitioner.